No. 94–6736. FLOWER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6831. BECKER v. CITY OF KENNEWICK. Sup. Ct. Wash. Certiorari denied.

No. 94–6845. PETERKA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6891. WILLIAMS v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–6897. HAWKINS v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–6898. HAYES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–6899. GUY v. NAVARRO, SHERIFF, BROWARD COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 94–6909. SCARPA v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 94–6910. SMART v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6912. HARRIS v. 7232 PLEASANT VIEW DRIVE. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–6914. FIELDS v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 94–6916. FANNY v. LEVY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6920. TREDWAY v. FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6921. SMITH v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.